JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARLOCK, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS DEJOY, <br><br> Defendant. | Case No. CV 21-3117-DMG (MAAx) <br><br> **JUDGMENT** |

This Court having granted Defendant Louis DeJoy's Motion for Summary Judgment by Order dated March 8, 2022,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff James Garlock.

DATED: March 8, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-